UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANTHONY J. MAYO,**

    **Plaintiff,**

v.                                      Case No.  8:08-cv-368-T-30TGW

**JOFFREY'S COFFEE & TEA CO.,**

    **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon the Joint (Motion) Statement Regarding Settlement (Dkt. #11).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Joint Motion to extend all deadlines (Dkt. #11) is GRANTED.

2. This case is STAYED.

3. The Clerk is directed to administratively close this case.

4. The parties are directed to file a status report every six (6) months beginning November 24, 2008, and continue to do so until a ruling is made in the <u>Pendlebury v. Starbucks Coffee Company</u> matter.

**DONE** and **ORDERED** in Tampa, Florida on May 22, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2008\08-cv-368.order 11.frm